# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134584

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

WALTER LUMPKIN,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134584
COA: 276810
Wayne CC: 02-000774-01

      On order of the Court, the application for leave to appeal the June 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

t1119

_____
Clerk